UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| DAWN D. PROPATO | : | |
| Debtor | : | Bankruptcy No. 10-19704 |
| _____ | | |
| DAWN D. PROPATO | : | |
| Plaintiff | : | |
| v. | | |
| | : | |
| PNC BANK, N.A. | | Adversary No. 11-0819 |
| | : | |
| Defendant | | |
| _____ | | |

.................................................

ORDER

.................................................

AND NOW, this 29th day of March 2012, upon motion of the plaintiff for default judgment against defendant PNC Bank, N.A.,

And there being no response thereto,

And the plaintiff certifying that proper service was made upon this defendant and there being no answer in opposition to her complaint,

And the plaintiff averring that this defendant, although holding a second mortgage on the debtor's realty located at 140 Kipling Drive, Warminster, Pennsylvania, holds a wholly unsecured claim pursuant to 11 U.S.C. § 506 and In re McDonald, 205 F.3d 606 (3d Cir. 2000),

Accordingly, it is hereby ordered that judgment be entered by default in favor of the plaintiff and against the defendant. Defendant PNC Bank, N.A.'s

secured claim is avoided pursuant to 11 U.S.C. § 506(a), (d).

_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

Lawrence S. Rubin, Esq.
337 West State Street
Media, PA 19063

Ms. Dawn D Propato
140 Kipling Dr
Warminster, PA 18974

PNC Bank, N.A.
Attn: Managing Officer or Agent
2730 Liberty Avenue
Pittsburgh, PA 15222

PNC Bank, N.A.
Attn: Joseph C. Guyaux, President
One PNC Plaza
249 5th Avenue
Pittsburgh, PA 15222